# United States District Court
## Southern District of Georgia

LOCKE SOVRAN II LLC d/b/a
UNCLE BOB'S SELF STORAGE

Case No.  CV-206-126

Plaintiff

v.

WAREHOUSE HOME FURNISHINGS
DISTRIBUTORS, INC. d/b/a FARMERS
HOME FURNITURE, and W.H. GROSS
CONSTRUCTION COMPANY

Appearing on behalf of

W.H. Gross Construction Company

Defendant

Defendant.

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  25  day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER:   William R. Johnson

Business Address:   Moore Ingram Johnson & Steele, LLP
Firm/Business Name

192 Anderson Street
Street Address

Marietta, Georgia   30060
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2        City, State, Zip

770/429-1499        395967
Telephone Number (w/ area code)   Georgia Bar Number