UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 13  A 9:41

| | |
|---|---|
| LOCKE SOVRAN II LLC d/b/a UNCLE BOB'S SELF STORAGE, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION FILE No. CV 206-126 |
| WAREHOUSE HOME FURNISHINGS DISTRIBUTORS, INC. d/b/a FARMERS HOME FURNITURE, and W. H. GROSS CONSTRUCTION COMPANY, ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

## ORDER DISMISSING ACTION

In accordance with Fed. R. Civ. P. 41(a)(1)(ii), all parties to this action have stipulated to its dismissal with prejudice.

Having considered the stipulation and for good cause shown, the Court hereby ORDERS that this action be dismissed with prejudice.

SO ORDERED this 13 day of March, 2007.

_____
Judge, United States District Court
Southern District of Georgia