AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LOCKE SOVRAN II LLC d/b/a
UNCLE BOB'S SELF STORAGE

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV206-126

WAREHOUSE HOME FURNISHINGS
DISTRIBUTORS, INC d/b/a FARMERS
HOME FURNITURE and W.H. GROSS
CONSTRUCTION COMPANY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court entered March 13, 2007, that claims of plaintiff, LOCKE SOVRAN II LLC d/b/a UNCLE BOB'S SELF STORAGE, against defendant, WAREHOUSE HOME FURNISHINGS DISTRIBUTORS, INC. d/b/a FARMERS HOME FURNITURE, and W.H. GROSS CONSTRUCTION COMPANY are dismissed with prejudice.

| | |
|---|---|
| 3/13/2007 | Scott L. Poff |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03